CLAIRE FRIEDLANDER *v.* HENRY FRIEDLANDER
(11492)

DALY, O'CONNELL and FOTI, Js.

Argued March 23—decision released April 13, 1993

*Henry Friedlander,* pro se, the appellant (defendant).

*Saul Kwartin,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.